Daniel J. Kelly (Bar No. 145088)
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Defendant NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY successor by merger to CONTINENTAL MARITIME INDUSTRIES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES SCHNEBLE,<br><br>    Plaintiff,<br><br>v.<br><br>ASBESTOS DEFENDANTS (BHC), et al,<br><br>    Defendant. | Case No. C 01-3349<br><br>SUBSTITUTION OF ATTORNEY |

Defendant Newport News Shipbuilding and Dry Dock Company successor by merger to Continental Maritime Industries, Inc. hereby substitutes retained counsel Daniel J. Kelly (Bar No. 145088) of Haight Brown & Bonesteel LLP, 71 Stevenson Street, 20th Floor, San Francisco, California 94105-2981, Telephone: (415) 546-7500, Facsimile: (415) 546-7505 as attorney of record in place and stead of Lawrence E. Butler, Seyfarth Shaw LLP.

Dated: March 18, 2008

NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY successor by merger to CONTINENTAL MARITIME INDUSTRIES, INC.

By: _____
Cynthia R. Thompson

///

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000056
3027675.1

1

Case No. C 01-3349
SUBSTITUTION OF ATTORNEY

I consent to the above substitution.

Dated: April 5, 2008                    SEYFARTH SHAW LLP

By: _____
Lawrence E. Butler
Present Attorneys for Defendant
NEWPORT NEWS SHIPBUILDING
AND DRY DOCK COMPANY
successor by merger to CONTINENTAL
MARITIME INDUSTRIES, INC.

I am duly admitted to practice in this District and accept the above substitution.

Dated: March 28, 2008                   HAIGHT BROWN & BONESTEEL LLP

By: _____
Daniel J. Kelly
New Attorneys for Defendant
NEWPORT NEWS SHIPBUILDING
AND DRY DOCK COMPANY
successor by merger to CONTINENTAL
MARITIME INDUSTRIES, INC.

**Substitution of Attorney is hereby approved.**

Dated: 4/18/08                    _____
United States District Judge/~~Magistrate~~ Judge

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

NG06-0000056
3027675.1

2

Case No. C 01-3349
SUBSTITUTION OF ATTORNEY